IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR EUGENE JOHNSON,

    Petitioner,                      No. CIV S-09-0850 JAM GGH P

    vs.

JAMES A. YATES,

    Respondent.                    <u>ORDER</u>

_____/

        Pursuant to the order, filed on December 11, 2009, respondent filed supplemental briefing on December 22, 2009. Petitioner subsequently filed a notice regarding his apparent placement in administrative segregation which evidently has made accessing his legal property difficult. In the December 11, 2009, order, petitioner was permitted seven days from the filing of respondent's supplemental briefing to file a reply. The court will construe petitioner's notice as a request for an extension of time and will liberally grant petitioner 21 days from the date of this order to file any reply. The exigencies of the court's calendar precludes any further extension.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's December 28, 2009, notice, construed as a request for an extension of time (Docket No. 23) is granted; and

\\\\\

2. Petitioner is granted 21 days from the date of this order in which to file a reply to the supplemental briefing. There will be no further extension of time.

DATED: January 7, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/md
john0850.111(3)